UNITED STATES, Appellee

v

ETHERIDGE KING, JR., Private, U. S. Army, Appellant

19 USCMA 500, 42 CMR 102

No. 22,896

June 19, 1970

Colonel Daniel T. Ghent and Captain Thomas R. Maher were on the pleadings for Appellant, Accused.

Colonel David T. Bryant, Major Edwin P. Wasinger, and Captain Richard K. Bank were on the pleadings for Appellee, United States.

Opinion of the Court

DARDEN, Judge:

Use of a sentence work sheet and voting procedure form by the law officer in this case in lieu of oral instructions require reversal of the sentence. United States v Pryor, 19 USCMA 279, 41 CMR 279 (1970).

Accordingly, the decision of the Court of Military Review as to sentence is set aside and the record of trial is returned to the Judge Advocate General of the Army. A rehearing on the sentence may be ordered.

Chief Judge QUINN and Judge FERGUSON concur.